# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   11−31233−KRH
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michelle Dawson
aka Michelle Placeres
1936 Berkeley Avenue
Petersburg, VA 23805

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−2087

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:   NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:       DEBTOR OR DEBTOR'S COUNSEL**

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on February 25, 2011. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **March 11, 2011**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 Chapter 13 Plan

Date:    February 28, 2011

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/    Suzan Ramirez−Lowe
Deputy Clerk

[30152vDec2009]

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
```

In re:                                                              Case No. 11-31233-KRH
Michelle Dawson                                                     Chapter 13
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 1          Date Rcvd: Feb 28, 2011
                              Form ID: 30152           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2011.
db           +Michelle Dawson,    1936 Berkeley Avenue,    Petersburg, VA 23805-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2011**                    **Signature:**    *Joseph Speetjens*