# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:   MICHELLE DAWSON                                   CASE No. 11-31233-KRH

                    Debtor                                   CHAPTER 13

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

                    Movant,

vs.

MICHELLE DAWSON,
and
CARL M. BATES, TRUSTEE

                    Respondents

## MOTION FOR RELIEF FROM STAY
## AND NOTICE OF MOTION AND HEARING

The motion of the Movant, VIRGINIA HOUSING DEVELOPMENT AUTHORITY, by counsel, respectfully represents as follows:

1. That Movant is a political subdivision of the State of Virginia.

2. That on February 25, 2011, Debtor filed in this Court a Petition under Chapter 13 of the United States Bankruptcy Code, whereupon an Order for Relief was entered.

**Julian A. Bryant, Jr. (VSB #1168)**
**EVANS & BRYANT, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**

3. That CARL M. BATES was appointed Trustee.

4. That the Court has jurisdiction over this contested matter pursuant to 11 U.S. C. § 362(d) and (e), and this action is a core proceeding within the meaning of 28 U.S.C. § 157.

5. That at the time of the filing of the Petition in Bankruptcy herein and now, Debtor owned or held an interest in the following property (hereinafter the "Property"):

> All that certain lot, piece or parcel of land, together with all improvements thereon and appurtenances thereunto belonging, lying and being in the City of Petersburg, Virginia, known and designated as Lot 5, Block G, Cedar Lawn, as shown on plat of subdivision made by Timmons Group, dated January 24, 2005, recorded in the Clerk's Office of the Circuit Court of the City of Petersburg, Virginia, in Plat Book 5, at Page 270, and to which plat reference is hereby made for a more particular description of the property.

**This Property is commonly known as 11 Kennedy Court, Petersburg, VA 23803.**

6. That Movant is the holder of a certain Note which is secured by a certain Deed of Trust recorded in the Clerk's Office of the Circuit Court of the City of Petersburg, Virginia, as Instrument No. 080000827, encumbering the Property, and which Note has an outstanding principal balance of $75,258.55 as of the date hereof.

7. That the mortgage loan account is in default for the regular mortgage loan payment due March 1, 2011 in the sum of $543.89 and all due thereafter, and the amount necessary to reinstate post-petition as of this date is $2,431.67 itemized as follows:

```
$1,631.67 – 3 payments @$543.89/month (March through May 2011)
   800.00 – Movant's Attorney's Fees and costs
$2,431.67 – Total Post-petition arrearages
```

8. That cause exists for terminating the stay, including the failure of Debtor to make when due post-petition payments to Movant and the failure to provide Movant with adequate protection of its interest in the Property.

9. That there is no equity in the Property for the benefit of Debtor or her estate, and the Property is not necessary for an effective reorganization.

10. That Movant is being injured by its inability to proceed against the Property securing the indebtedness due to the automatic stay provided for in 11 U.S.C. § 362.

WHEREFORE, VIRGINIA HOUSING DEVELOPMENT AUTHORITY moves that the automatic stay provided for by the provisions of Title 11 of the United States Bankruptcy Code be modified in conformance therewith, that the appeal period provided for by Rule 4001(a)(3) be waived, and that it be granted such other and further relief as this Court shall deem proper.

DATED at Virginia Beach, Virginia, this 21st day of May, 2011.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY

By: /s/ Julian A. Bryant, Jr.
 Of Counsel

**\*\*<u>NOTICE OF MOTION AND HEARING</u>\*\***

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on the motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the Court at the following address: Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, VA 23219, <u>and</u> serve a copy on the movant's attorney at the address shown below. Unless a written response is filed and served within this fourteen-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.**

**If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the fourteen-day period.**

3

**Attend the preliminary hearing scheduled to be held on:**

**June 21, 2011, at 9:30 a.m.** in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

**Date: May 21, 2011**                    /s/ Julian A. Bryant, Jr.
                                          Julian A. Bryant, Jr. (VSB #1168)

### PROOF OF SERVICE:

I hereby certify that on the 21st day of May, 2011, a true copy of the foregoing Motion for Relief from Stay and Notice of Motion and Hearing was mailed by electronic means or first class United States mail, postage fully prepaid, to each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(E)(1) as follows:

| | |
|---|---|
| Debtor: | Michelle Dawson<br>1936 Berkeley Avenue<br>Petersburg, Virginia 23805 |
| Counsel for Debtor: | Julia Bonham Adair, Esquire<br>VIA ECF |
| Trustee: | Carl M. Bates<br>VIA ECF |

                                           /s/ Julian A. Bryant, Jr.
                                          Julian A. Bryant, Jr. (VSB #1168)

**Julian A. Bryant, Jr. (VSB #1168)**
**EVANS & BRYANT, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia  23451-4183**
**(757) 437-9500**