### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION


In Re:  **Michelle Dawson**                                    **Case No. 11-31233-KRH**
                                                             **Chapter 13**


### REPORT BY TRUSTEE OF
### COMPLETION OF PLAN PAYMENTS


NOW COMES the Chapter 13 Trustee herein, Carl M. Bates, and certifies to the Court that the Debtor has completed their plan payments pursuant to the confirmed plan in this case.  Your Trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.


Date prepared: **February 22, 2016**

                                                            /s/ Carl M. Bates
                                                            _____
                                                            Carl M. Bates
                                                            Chapter 13 Trustee


Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #27815