# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                  **Case Number**   11−31233−KRH
                                                            **Chapter**   13
Michelle Dawson

                              Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   February 24, 2016                 William C. Redden , Clerk
                                           United States Bankruptcy Court

[ntcLBRvDec2015.jsp ver 04/01/2010]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 11-31233-KRH
Michelle Dawson                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert             Page 1 of 3             Date Rcvd: Feb 24, 2016
                              Form ID: nt400815         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2016.
```
db             +Michelle Dawson,    1711 Berkeley Avenue,    Petersburg, VA 23805-2807
10457968        Boleman Law Firm, P.C.,    P.O. Box 11588,    Richmond, VA   23230-1588
10277295       #CBE Group,   Re: DirecTV,    131 Tower Park Dr., Ste 100,    Waterloo, IA 50701-9374
10277294        Capital 1 Bank,    PO Box 71083,   Charlotte, NC 28272-1083
10337249        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
10277296       +Chase - Pier1,    PO Box 15298,   Wilmington, DE 19850-5298
10376136        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
10277297       +Chase-tjx Companies,    P.O. Box 15298,    Wilmington, DE 19850-5298
10277298       +Citi Student Loan Corp,    99 Garnsey Road,    Pittsford, NY 14534-4565
10277299       +City of Petersburg,    Office of the Treasurer,    PO Box 1271,    Petersburg, VA 23804-1271
10277303      ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:  DirecTV,     Attn: Bankruptcy Claims,    PO Box 6550,
                 Englewood, CO 80155-0000)
10299966       +Department Stores National Bank/Macy's,     Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
10299968       +Department Stores National Bank/Visa,     Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
10277302        Direct Loan Servicing,    RE: Bankruptcy,    PO Box 5609,    Greenville, TX 75403-5609
10277304       +Dominion Law Associates,    Re: Capital One,    222 Central Park Avenue,
                 Virginia Beach, VA 23462-3022
10277310       +HSBC/Best Buy,    RE: Bankruptcy,   PO Box 15521,    Wilmington, DE 19850-5521
10277313        MBNA America,    Attn: Bankruptcy Dept,    P.O. Box 15026,    Wilmington, DE 19850-5026
10277312       +Macy's,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
10277314       +Midland,   Re: GE Money Bank,    17500 Chenal Parkway, #200,    Little Rock, AR 72223-9041
10325980       +Northstar Capital Acquisition,    170 Northpointe Pwky,    Suite 300,    Amherst, NY 14228-1992
10277316        Pier 1 Imports,    Attn: Bankrutpcy Dept,    P.O. Box 15213,    Wilmington, DE 19885-0001
10277317       +Popular Club Inc.,    20 D Commerce Way,    Totowa, NJ 07512-3109
10277321       #+RJM Acquisitions,    Re: Popular Club Inc.,    575 Underhill Blvd, Suite 224,
                 Syosset, NY 11791-3416
10277322       +Security Credit Services,    2623 W. Oxford Loop,    RE: GECC,    Oxford, MS 38655-5442
10277323       +St. Francis Emergency Assoc.,    PO Box 28538,    Richmond, VA 23228-8538
10277325      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     PO Box 371339,    Pittsburgh, PA 15250-0000)
10277324       +Target,   Bankruptcy Department,    PO Box 1327,    Minneapolis, MN 55440-1327
10448936        Toyota Motor Credit Corporation (TMCC),     PO Box 8026,    Cedar Rapids, Iowa 52408-8026
10277326       +Turner Grace Properties,    15 Jarrat Court,    RE HOA FEES,    Petersburg, VA 23803-6340
12250831        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA   17106-9184
10279928       +US Attorney,    600 E Main St, 18th Flr,    Richmond, VA 23219-2430
10277327        US Department of Education,    Direct Loan Servicing Center,    PO Box 105028,
                 Atlanta, GA 30348-5028
10463296        United States Department of Education,     Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX 75403-5609
10277329        VISA DSNB,   911 Duke Blvd.,    Mason, OH 45040-0000
10277328       +Virginia Housing & Development,    P.O. Box 4627,    Richmond, VA 23220-8627
10364320        Virginia Housing & Development,    P.O. Box 4548,    Richmond, VA 23220-8548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Feb 25 2016 01:49:41      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2016 01:46:16
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 01:46:01
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
10355139       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 25 2016 01:50:20      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
10467877        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2016 01:47:11
                 CR Evergreen II, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
11463695       +E-mail/Text: bnc@bass-associates.com Feb 25 2016 01:49:40      Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10277301       +E-mail/Text: mhumphrey@creditadjustmentboard.com Feb 25 2016 01:51:13
                 Credit Adjustment Board,    Re: St. Francis Emergency,    306 East Grace Street,
                 Richmond, VA 23219-1795
10277300       +E-mail/Text: mhumphrey@creditadjustmentboard.com Feb 25 2016 01:51:13
                 Credit Adjustment Board,    Re: Dr. P. Vijay Reddy PC,    306 East Grace Street,
                 Richmond, VA 23219-1795
10875655       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2016 01:46:43
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
10277305        E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2016 01:45:57      GE Money Bank,   Re: Bankruptcy,
                 PO Box 960061,    Orlando, FL 32896-0061
10277306       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2016 01:46:31      GEMB/Banana Republic,
                 PO Box 981400,    El Paso, TX 79998-1400
```

```
District/off: 0422-7          User: mullert              Page 2 of 3              Date Rcvd: Feb 24, 2016
                              Form ID: nt400815          Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10277307       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2016 01:45:57      GEMB/JCP,   Re: Bankruptcy,
                 PO Box 103104,   Roswell, GA 30076-9104
10277309       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2016 01:47:07      GEMB/Sam's,
                 Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
10361627       +E-mail/Text: bnc@bass-associates.com Feb 25 2016 01:49:40      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
11113356        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 25 2016 01:50:41      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
12817907        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2016 01:46:06      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10348345       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2016 01:50:24      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
11542689        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2016 01:47:17      Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX 77210-4457
10388141       +E-mail/Text: bncmail@w-legal.com Feb 25 2016 01:50:36      OAK HARBOR CAPITAL II LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
10277293       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Feb 25 2016 01:50:18      Office of the US Trustee,
                 701 E. Broad Street,   Room 4304,   Richmond, VA 23219-1885
10277318        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 01:47:09
                 Portfolio Recovery,   Re: GEMB,   120 Corporate Blvd, #100,   Norfolk, VA 23502-0000
10277319        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 01:47:09
                 Portfolio Recovery,   Re: MBNA America Bank,   120 Corporate Blvd, #100,
                 Norfolk, VA 23502-0000
10277320        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 01:46:39
                 Portfolio Recovery Associates,   Re: GEMB,   PO Box 12914,   Norfolk, VA 23541-0000
10451270        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 01:46:03
                 Portfolio Recovery Associates, LLC.,   P.O. Box 41067,   Norfolk, VA 23541
10525180        E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2016 01:47:10      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
10299777       +E-mail/Text: bncmail@w-legal.com Feb 25 2016 01:50:36      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11692482       +E-mail/Text: bncmail@w-legal.com Feb 25 2016 01:50:36      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
10277311        E-mail/Text: pauline.burt@timepaymentcorp.com Feb 25 2016 01:50:37      LeaseComm,
                 Re: Bankruptcy,   10M Commerce Way,   Woburn, MA 01801-5138
12346941       +E-mail/Text: bnc@bass-associates.com Feb 25 2016 01:49:40      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
10277308       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2016 01:46:31      gemb/paypalsmartconn,
                 P.O. Box 981400,   El Paso, TX 79998-1400
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Virginia Housing Development Authority
tee*            CR Evergreen II, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD, MN 56302-9617)
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                 NORFOLK, VA 23541)
cr*            +TD Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
10455881*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
10277315      ##+Paragon Way,   RE: GEMB/Paypalsmartconn,   7500 Railto Blvd #100,   Austin, TX 78735-8532
                                                                                   TOTALS: 1, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0422-7          User: mullert              Page 3 of 3                  Date Rcvd: Feb 24, 2016
                              Form ID: nt400815          Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2016 at the address(es) listed below:
              Carl M. Bates     station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Julian A. Bryant, Jr.    on behalf of Creditor    Virginia Housing Development Authority
               julian.bryant@vblawyers.com, jennifer.onhaizer@vblawyers.com
              Mark C. Leffler    on behalf of Debtor Michelle   Dawson ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Patrick Thomas Keith    on behalf of Debtor Michelle    Dawson ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Patti H. Bass     on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass     on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
                                                                                          TOTAL: 6
```